UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | CHAPTER 11 |
| R.J. FITZ, L.P.; | Case No. 06-13542-JNF |
| NEW ENGLAND WINGS, INC.; | Case No. 06-13557-JNF |
| ALBANY H GROUP, INC.; | Case No. 06-13544-JNF |
| BINGHAMTON H GROUP, INC.; | Case No. 06-13546-JNF |
| BUFFALO H GROUP, INC.; | Case No. 06-13547-JNF |
| CAPE ENTERTAINMENT MANAGEMENT, INC.; | Case No. 06-13549-JNF |
| | Case No. 06-13550-JNF |
| CLAY H GROUP, INC.; | Case No. 06-13551-JNF |
| MANCHESTER H GROUP, INC.; | Case No. 06-13552-JNF |
| NASHUA H GROUP, INC.; | Case No. 06-13553-JNF |
| ROCHESTER H GROUP, INC.; | Case No. 06-13554-JNF |
| SALEM H GROUP, INC.; | Case No. 06-13555-JNF |
| SYRACUSE H GROUP, INC.; | Case No. 06-13555-JNF |
| WARWICK GROUP, INC., | |
| | Jointly Administered Under |
| Debtors. | Case No. 06-13542-JNF |
| | Contested Matter |

## MOTION FOR ADMISSION *PRO HAC VICE*

Hooters of America, Inc. ("HOA"), by and through its undersigned attorneys, hereby moves this Court pursuant to Local Rule 9010-1(b) to admit attorney Russell S. Bogue, III *pro hac vice* to appear and practice in this Court in the above-captioned case as counsel for HOA. As grounds for its motion, Russell S. Bogue, III certifies and attests to the following:

1.  Attorney Russell S. Bogue is a partner in the law firm of DLA Piper US LLP, whose office is located at One Atlantic Center, 1201 West Peachtree Street, Suite 2800, Atlanta, Georgia 30309-3450, with the telephone number of 404-736-7802. He is a member in good standing of the bar of the State of Georgia and is in good standing in every jurisdiction where he has been admitted to practice.

    2.    Mr. Bogue has no disciplinary proceedings pending against him in any jurisdiction.

    3.    Mr. Bogue is familiar with the issues in this case and with the Local Rules of this Court.

WHEREFORE, HOA respectfully requests that this Court permit Russell S. Bogue, III to appear *pro hac vice* before this Court.

Dated: October 16, 2006                    Respectfully submitted,

                                                              /s/ Russell S. Bogue, III
                                                  Russell S. Bogue, III
                                                  Georgia Bar No. 065690
                                                  Amy Alcoke Quackenboss
                                                  Georgia Bar No. 005983
                                                  DLA Piper US LLP
                                                  One Atlantic Center
                                                  1201 West Peachtree Street, Suite 2800
                                                  Atlanta, Georgia  30309
                                                  404-736-7802 (*telephone*)
                                                  404-682-7802 (*facsimile*)

                                                  and

                                                  Bruce E. Falby (BBO #544143)
                                                  Matthew Iverson (BBO # 653880)
                                                  DLA Piper Rudnick Gray Cary US LLP
                                                  33 Arch Street – 26th Floor
                                                  Boston, MA  02110-1447
                                                  (617) 406-6000 *(telephone)*
                                                  (617) 406-6100 *(facsimile)*

                                                  **COUNSEL FOR**
                                                  **HOOTERS OF AMERICA, INC.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | CHAPTER 11 |
| R.J. FITZ, L.P.; | Case No. 06-13542-JNF |
| NEW ENGLAND WINGS, INC.; | Case No. 06-13557-JNF |
| ALBANY H GROUP, INC.; | Case No. 06-13544-JNF |
| BINGHAMTON H GROUP, INC.; | Case No. 06-13546-JNF |
| BUFFALO H GROUP, INC.; | Case No. 06-13547-JNF |
| CAPE ENTERTAINMENT MANAGEMENT, INC.; | Case No. 06-13549-JNF Case No. 06-13550-JNF |
| CLAY H GROUP, INC.; | Case No. 06-13551-JNF |
| MANCHESTER H GROUP, INC.; | Case No. 06-13552-JNF |
| NASHUA H GROUP, INC.; | Case No. 06-13553-JNF |
| ROCHESTER H GROUP, INC.; | Case No. 06-13554-JNF |
| SALEM H GROUP, INC.; | Case No. 06-13555-JNF |
| SYRACUSE H GROUP, INC.; | Case No. 06-13555-JNF |
| WARWICK GROUP, INC., | |
| Debtors. | Jointly Administered Under Case No. 06-13542-JNF |
| | Contested Matter |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 16, 2006, I served a copy of the within

**MOTION FOR ADMISSION PRO HAC VICE** upon all parties to this matter by facsimile

and U.S. Mail, addressed as follows:

| | |
|---|---|
| John Fitzgerald<br>Office of the United States Trustee<br>10 Causeway Street<br>Boston, MA  02222 | Adam J. Ruttenberg, Esq.<br>aruttenberg@lgllp.com<br>Melvin S. Hoffman, Esq.<br>Mhoffman@lgllp.com<br>LOONEY & GROSSMAN<br>101 Arch Street<br>Boston, MA 02110 |

BALT1\4290629.1

| | |
|---|---|
| Kevin M. Newman, Esq.<br>knewman@menterlaw.com<br>MENTER, RUDIN & TRIVELPIECE, P.C.<br>500 Salina Street, Suite 500<br>Syracuse, NY  13202 | LBM Financial LLC<br>171 Locke Drive, Suite 114<br>Marlborough, MA  07152 |
| New York Wings of Albany Limited Partnership<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH  45209 | New York Wings of Syracuse Limited Partnership<br>3805 Edwards Road, Suite 700<br>Cincinnati, OH  45209 |
| G.E. Capital Franchise Finance Corporation<br>8377 Hartland Drive, Suite 200<br>Scottsdale, AZ  85255 | |

This the 16th day of October, 2006.

                                    /s/ Matthew Iverson
                                    Matthew Iverson