Case 06-13542   Doc 411   Filed 06/20/07   Entered 06/21/07 14:45:21   Desc Main
Document      Page 1 of 1

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** R.J. Fitz, L.P.                **Case Number:** 06-13542        **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#318 Motion to Assume Certain Executory Contracts (New England Wings, Inc. Franchise Agreement and Albany H Group, Inc. Franchise Agreement) With Hooters of America, Inc.
#380 Objection by Creditors Committee.
#383 Objection by Hooters of America

Steven C. Reingold, Matthew Iverson

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____From_____

                        Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

#318 Moot. Case now converted to chapter 7.

IT IS SO NOTED:

_____
Courtroom Deputy

IT IS SO ORDERED:

_Joan N. Feeney_

_____Dated: 6/20/2007
Joan N. Feeney, U.S. Bankruptcy Judge