# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
R.J. FITZ, L.P.                           §        Case No. 06-13542 JNF
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6.  The deadline for filing claims in this case was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $         , for a total compensation of $         .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $         .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/John J. Aquino, Trustee_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-13542    JNF    Judge: Joan N. Feeney | |
| Case Name: | R.J. FITZ, L.P. | |
| For Period Ending: | 09/22/10 | |

| | |
|---|---|
| Trustee Name: | John J. Aquino, Trustee |
| Date Filed (f) or Converted (c): | 10/06/06 (f) |
| 341(a) Meeting Date: | 07/27/07 |
| Claims Bar Date: | 10/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 4,262.00 | 124.00 | | 124.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount on hand as of conversion date | | | | | |
| 2. Food liquor and merchandise | 21,087.47 | 115.00 | | 1,015.85 | FA |
| Amount listed is pre-petition value at cost; food, open liquor had no value at conversion | | | | | |
| 3. Credit Card Receivables | 124,564.45 | 5,629.22 | | 5,619.22 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount due as of conversion date | | | | | |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 24.29 | Unknown |
| 5. refund paychex (u) | 0.00 | 371.71 | | 371.71 | FA |
| 6. Bank of America Charity account | 28.58 | 0.00 | DA | 0.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount on hand as of conversion date | | | | | |
| 7. Bank of America operating account | 6,243.90 | 0.00 | | 0.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount on hand as of conversion date | | | | | |
| 8. Bank of America payroll account | 7,412.50 | 0.00 | DA | 0.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount on hand as of conversion date | | | | | |
| 9. Bank of America tax account | 5,392.54 | 0.00 | DA | 0.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; Trustee Amount is amount on hand as of conversion date | | | | | |
| 10. Citizens Bank Account | 2,049.43 | 0.00 | DA | 0.00 | FA |
| Petition  Amount refers to Chapter 11 petition date; account closed before conversion date | | | | | |
| 11. Security Deposit Agar Foods | 3,500.00 | 0.00 | DA | 0.00 | FA |

Ver: 15.20

FORM 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 06-13542 | JNF | Judge: Joan N. Feeney |
|---|---|---|---|
| Case Name: | R.J. FITZ, L.P. | | |

| Trustee Name: | John J. Aquino, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 10/06/06 (f) |
| 341(a) Meeting Date: | 07/27/07 |
| Claims Bar Date: | 10/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Security deposit -- no value to estate in light of substantial arrears due to vendor | | | | | |
| 12. SECURITY DEPOSIT  141 Portland Street | 18,000.00 | 0.00 | DA | 0.00 | FA |
| Security deposit -- no value to estate in light of substantial arrears due to landlord | | | | | |
| 13. Security Deposit LMR POS | 1,425.00 | 0.00 | DA | 0.00 | FA |
| Security deposit -- no value to estate in light of arrears due to vendor | | | | | |
| 14. Security Deposit telephone equipment | 198.00 | 0.00 | DA | 0.00 | FA |
| No value to estate | | | | | |
| 15. Utility Security Deposit | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Security deposit -- no value to estate in light of substantial arrears due to utiltiy | | | | | |
| 16. Licenses | Unknown | 0.00 | DA | 0.00 | FA |
| No value to estate | | | | | |
| 17. FURNITURE | 76,133.00 | 0.00 | DA | 0.00 | FA |
| Book value, subject to all asset lien | | | | | |
| 18. Restaurant Equipment | 259,617.00 | 0.00 | DA | 0.00 | FA |
| book value; subject to all asset lien | | | | | |
| 19. Intercompany loan due from Albany | 3,055.00 | 0.00 | DA | 0.00 | FA |
| No value to estate | | | | | |
| 20. Intercompany loan due from Hyannis | 12,198.75 | 0.00 | DA | 0.00 | FA |
| No value to estate | | | | | |
| 21. Intercompany loan due form Syracuse | 11,055.00 | 0.00 | DA | 0.00 | FA |
| No value to estate | | | | | |
| 22. Leasehold improvements | 684,693.00 | 0.00 | DA | 0.00 | FA |
| Lease rejected, improvements did not have any value to estate | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

Exhibit A

| Case No: | 06-13542 | JNF | Judge: Joan N. Feeney |
|---|---|---|---|
| Case Name: | R.J. FITZ, L.P. | | |

| Trustee Name: | John J. Aquino, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 10/06/06 (f) |
| 341(a) Meeting Date: | 07/27/07 |
| Claims Bar Date: | 10/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Prepaid dues    No value to estate | 373.77 | 0.00 | DA | 0.00 | FA |
| 24. Refund AMEX (u) | 0.00 | 963.75 | | 963.75 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,243,289.39 | $7,203.68 | | $8,118.82 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Note: this is one of the former Hooters locations:  Activities this period: Completed liquidation of estate assets --

obtained administrative expense bar date for chapter 11 claims.  Tasks remaining: Review of chapter 11 and pre-petition

claims and file objecitons as required.  File consolidated estate tax returns.  Previous estimated TFR date was 6/30/09

Initial Projected Date of Final Report (TFR): 06/30/09         Current Projected Date of Final Report (TFR): 02/28/10

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 06-13542 -JNF | |
| Case Name: | R.J. FITZ, L.P. | |
| | | |
| Taxpayer ID No: | 04-3312119 | |
| For Period Ending: | 09/22/10 | |

| | |
|---|---|
| Trustee Name: | John J. Aquino, Trustee |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******4004  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/25/07 | 1 | Bank of America | cash on hand | 1129-000 | 124.00 | | 124.00 |
| | | (cash on hand) | | | | | |
| 06/25/07 | 2 | August A. Busch of Mass | refund beer deposits | 1129-000 | 115.00 | | 239.00 |
| 06/28/07 | 3 | BANK OF AMERICA | Credit Card Receipts | 1121-000 | 5,619.22 | | 5,858.22 |
| | | DIP accounts and credit card receipts | | | | | |
| 06/29/07 | 4 | Bank of America | Interest Rate  1.000 | 1270-000 | 0.64 | | 5,858.86 |
| 07/04/07 | | Transfer to Acct #*******4091 | Bank Funds Transfer | 9999-000 | | 1,749.33 | 4,109.53 |
| 07/06/07 | | Transfer to Acct #*******4091 | Bank Funds Transfer | 9999-000 | | 910.00 | 3,199.53 |
| 07/31/07 | 4 | Bank of America | Interest Rate  1.000 | 1270-000 | 3.03 | | 3,202.56 |
| 08/18/07 | 2 | Coca Cola, NA | refund Coke returns RJ Fitz | 1129-000 | 315.48 | | 3,518.04 |
| | | Atlanta, GA | | | | | |
| 08/31/07 | 4 | Bank of America | Interest Rate  1.000 | 1270-000 | 2.80 | | 3,520.84 |
| 09/05/07 | 5 | Paychex, Inc. | refund | 1229-000 | 371.71 | | 3,892.55 |
| | | 911 Panorama Trail South | | | | | |
| | | Rochester, NY 14625-0397 | | | | | |
| 09/08/07 | 000101 | INTERNATIONAL SURETIES, LTD. | trustee bond payment | 2300-000 | | 2.53 | 3,890.02 |
| | | 203 Carondelet Street, Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 09/28/07 | 4 | Bank of America | Interest Rate  0.750 | 1270-000 | 2.39 | | 3,892.41 |
| 10/31/07 | 4 | Bank of America | Interest Rate  0.750 | 1270-000 | 2.49 | | 3,894.90 |
| 11/30/07 | 4 | Bank of America | Interest Rate  0.650 | 1270-000 | 2.08 | | 3,896.98 |
| 12/31/07 | 4 | Bank of America | Interest Rate  0.500 | 1270-000 | 1.86 | | 3,898.84 |
| 01/25/08 | | Transfer to Acct #*******4091 | Bank Funds Transfer | 9999-000 | | 766.45 | 3,132.39 |
| 01/31/08 | 4 | Bank of America | Interest Rate  0.400 | 1270-000 | 1.49 | | 3,133.88 |
| 02/29/08 | 4 | Bank of America | Interest Rate  0.300 | 1270-000 | 0.74 | | 3,134.62 |
| 03/31/08 | 4 | Bank of America | Interest Rate  0.250 | 1270-000 | 0.74 | | 3,135.36 |
| 04/30/08 | 4 | Bank of America | Interest Rate  0.250 | 1270-000 | 0.64 | | 3,136.00 |
| 05/01/08 | 24 | AMERICAN EXPRESS TRAVEL RELATED | REFUND | 1229-000 | 963.75 | | 4,099.75 |

Page Subtotals       7,528.06       3,428.31

Ver: 15.20

Page:   2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 06-13542  -JNF | | Trustee Name: | John J. Aquino, Trustee |
| Case Name: | R.J. FITZ, L.P. | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******4004  Money Market Account (Interest Earn |
| Taxpayer ID No: | 04-3312119 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 20002 North 19th Ave A-17 | | | | | |
| | | Phoenix, AZ 85027 | | | | | |
| 05/30/08 | 4 | Bank of America | Interest Rate  0.150 | 1270-000 | 0.50 | | 4,100.25 |
| 06/30/08 | 4 | Bank of America | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,100.76 |
| 07/31/08 | 4 | Bank of America | Interest Rate  0.150 | 1270-000 | 0.52 | | 4,101.28 |
| 08/12/08 | 000102 | INTERNATIONAL SURETIES, LTD | trustee bond 016027600 | 2300-000 | | 3.75 | 4,097.53 |
| | | 701 Poydras St., Suite 420 | | | | | |
| | | New Orleasn, LA 70139 | | | | | |
| 08/29/08 | 4 | Bank of America | Interest Rate  0.150 | 1270-000 | 0.52 | | 4,098.05 |
| 09/30/08 | 4 | Bank of America | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,098.56 |
| 10/31/08 | 4 | Bank of America | Interest Rate  0.100 | 1270-000 | 0.40 | | 4,098.96 |
| 11/28/08 | 4 | Bank of America | Interest Rate  0.100 | 1270-000 | 0.33 | | 4,099.29 |
| 12/31/08 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.21 | | 4,099.50 |
| 01/30/09 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,099.53 |
| 02/27/09 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,099.56 |
| 03/31/09 | 4 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,099.60 |
| 04/30/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.09 | | 4,099.69 |
| 05/29/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,099.79 |
| 06/30/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,099.90 |
| 07/31/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,100.00 |
| 08/31/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,100.10 |
| 09/28/09 | 000103 | INTERNATIONAL SURETIES, LTD. | blanket bond payment | 2300-000 | | 3.36 | 4,096.74 |
| | | 701 Pydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 09/30/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,096.84 |
| 10/30/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,096.94 |
| 11/30/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,097.04 |
| 12/31/09 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,097.14 |
| 01/29/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,097.24 |

| | | | Page Subtotals | | 4.60 | 7.11 | |

Ver: 15.20

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-13542  -JNF |
| Case Name: | R.J. FITZ, L.P. |

| | |
|---|---|
| Taxpayer ID No: | 04-3312119 |
| For Period Ending: | 09/22/10 |

| | |
|---|---|
| Trustee Name: | John J. Aquino, Trustee |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******4004  Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.09 | | 4,097.33 |
| 03/31/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,097.44 |
| 04/07/10 | 2 | Claudette J. Alachi  6 Whittier Pl # 4N  Boston, MA 02114 | sales proceeds | 1129-000 | 500.00 | | 4,597.44 |
| 04/07/10 | 2 | New England Wings | concession refund | 1129-000 | 85.37 | | 4,682.81 |
| 04/30/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,682.92 |
| 05/28/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,683.04 |
| 06/30/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,683.16 |
| 07/30/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,683.28 |
| 08/31/10 | 4 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,683.40 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,118.82 | 3,435.42 | 4,683.40 |
| Less:  Bank Transfers/CD's | 0.00 | 3,425.78 | |
| Subtotal | 8,118.82 | 9.64 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,118.82 | 9.64 | |

Page Subtotals          586.16          0.00

Ver: 15.20

Page:   4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 06-13542 -JNF |
| Case Name: | R.J. FITZ, L.P. |
| Taxpayer ID No: | 04-3312119 |
| For Period Ending: | 09/22/10 |

| | |
|---|---|
| Trustee Name: | John J. Aquino, Trustee |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******4091  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/04/07 | | Transfer from Acct #*******4004 | Bank Funds Transfer | 9999-000 | 1,749.33 | | 1,749.33 |
| 07/04/07 | 001001 | Marcella Moreno 212 Eastern Ave # 2 Lynn, MA 01902 | pre-conversion wages | 6950-000 | | 34.98 | 1,714.35 |
| 07/04/07 | 001002 | Maureen Corriveau 775 Parker St Boston, MA 02120 | pre-conversion  wages | 6950-000 | | 51.57 | 1,662.78 |
| * 07/04/07 | 001003 | Lopez, Erika | pre-converson wages Period ending 6/17/07 replaces check # 5869 | 6950-000 | | 10.32 | 1,652.46 |
| * 07/04/07 | 001004 | Lopez, Erika | pre-conversion  wages Period ending 6/17/07 replaces check # 5870 | 6950-000 | | 17.49 | 1,634.97 |
| * 07/04/07 | 001005 | Coughlin, Shannon | pre-conversion  wages Period ending 6/17/07 replaces check # 5872 | 6950-000 | | 8.38 | 1,626.59 |
| 07/04/07 | 001006 | Del Re, Olivia | pre-conversion  wages Period ending 6/17/07 replaces check # 5873 called with new address  on 9-26-07 20 State Street Valley Stream, NY  11580 | 6950-000 | | 17.59 | 1,609.00 |
| * 07/04/07 | 001007 | Amy Green 18 Grampian Way #1 Dorchester, MA 02125 | pre-conversion  wages Period ending 6/17/07 replaces check # 5874 | 6950-000 | | 15.48 | 1,593.52 |
| * 07/04/07 | 001008 | Purser, Barbara Dawn | pre-conversion  wages Period ending 6/17/07 replaces check # 5877 | 6950-000 | | 3.96 | 1,589.56 |

| | | |
|---|---|---|
| Page Subtotals | 1,749.33 | 159.77 |

Ver: 15.20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| Case No: | 06-13542  -JNF | | Trustee Name: | John J. Aquino, Trustee |
|---|---|---|---|---|
| Case Name: | R.J. FITZ, L.P. | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******4091  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 04-3312119 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/04/07 | 001009 | Miranda Trohon<br>10 Garfield Ave<br>Danvers, MA 01923 | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5881 | 6950-000 | | 16.09 | 1,573.47 |
| * | 07/04/07 | 001010 | Wilcox, Jessica | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5884 | 6950-000 | | 34.98 | 1,538.49 |
| | 07/04/07 | 001011 | Guillermo A Hercules<br>111 Trenton St<br>East Boston, MA 02128 | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5885 | 6950-000 | | 541.33 | 997.16 |
| * | 07/04/07 | 001012 | Vittelo Alvarado<br>402 McGrath HIghway<br>West Somerville, MA 02123 | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5886 | 6950-000 | | 366.48 | 630.68 |
| * | 07/04/07 | 001013 | Jose A Camacho | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5889 | 6950-000 | | 56.29 | 574.39 |
| | 07/04/07 | 001014 | Adam Choquet<br>96 Franklin Avenue<br>Chelsea, MA 02150 | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5892 | 6950-000 | | 503.71 | 70.68 |
| * | 07/04/07 | 001015 | Kristopher Valdez | pre-conversion  wages<br>Period ending 6/17/07<br>replaces check # 5888 | 6950-000 | | 53.19 | 17.49 |
| | 07/04/07 | 001016 | Miranda Trohon<br>10 Garfield Ave<br>Danvers, MA 01923 | pre-conversion  wages<br>wages through 6/17<br>replaces check 5882 | 6950-000 | | 17.49 | 0.00 |
| | 07/06/07 | | Transfer from Acct #*******4004 | Bank Funds Transfer | 9999-000 | 910.00 | | 910.00 |
| | 07/10/07 | 001017 | PAUL LANGLEY<br>110 Summit Ave. #3<br>Winthrop, MA  02152 | emergency cleanup of premises<br>removal of perishables, oil in fryers, grease, etc | 2420-000 | | 320.00 | 590.00 |
| | 07/10/07 | 001018 | ADAM CHOQUET<br>96 Franklin Ave | emergency cleanup of premises<br>removal of perishables, oil in fryers, grease, etc | 2420-000 | | 320.00 | 270.00 |

|  | Page Subtotals | 910.00 | 2,229.56 |
|---|---|---|---|

Ver: 15.20

FORM 2                                                                                            Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit B

| | |
|---|---|
| Case No: | 06-13542  -JNF |
| Case Name: | R.J. FITZ, L.P. |
| | |
| Taxpayer ID No: | 04-3312119 |
| For Period Ending: | 09/22/10 |

| | |
|---|---|
| Trustee Name: | John J. Aquino, Trustee |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******4091  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Chelsea, MA  02150 | | | | | |
| | 07/10/07 | 001019 | LUIS HERNANDEZ | emergency cleanup of premises | 2420-000 | | 180.00 | 90.00 |
| | | | 324 Carter Street | removal of perishables, oil in fryers, grease, etc | | | | |
| | | | Chelsea, MA  02150 | | | | | |
| | 07/10/07 | 001020 | RYAN SHULER | emergency cleanup of premises | 2420-000 | | 90.00 | 0.00 |
| | | | 16 Sheafe St. #4 | removal of perishables, oil in fryers, grease, etc | | | | |
| | | | Boston, MA  02113 | | | | | |
| | 01/25/08 | | Transfer from Acct #*******4004 | Bank Funds Transfer | 9999-000 | 766.45 | | 766.45 |
| | 01/25/08 | 001021 | Paychex, Inc. | w2s and processing fees | 2990-000 | | 766.45 | 0.00 |
| | | | 120 Presidential Way | | | | | |
| | | | Woburn, MA 01888 | | | | | |
| * | 05/27/08 | 001003 | Lopez, Erika | Stop Payment Reversal | 6950-000 | | -10.32 | 10.32 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |
| * | 05/27/08 | 001004 | Lopez, Erika | Stop Payment Reversal | 6950-000 | | -17.49 | 27.81 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |
| * | 05/27/08 | 001005 | Coughlin, Shannon | Stop Payment Reversal | 6950-000 | | -8.38 | 36.19 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |
| * | 05/27/08 | 001007 | Amy Green | Stop Payment Reversal | 6950-000 | | -15.48 | 51.67 |
| | | | 18 Grampian Way #1 | STOP PAY ADD SUCCESSFUL | | | | |
| | | | Dorchester, MA 02125 | | | | | |
| * | 05/27/08 | 001008 | Purser, Barbara Dawn | Stop Payment Reversal | 6950-000 | | -3.96 | 55.63 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |
| * | 05/27/08 | 001010 | Wilcox, Jessica | Stop Payment Reversal | 6950-000 | | -34.98 | 90.61 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |
| * | 05/27/08 | 001012 | Vittelo Alvarado | Stop Payment Reversal | 6950-000 | | -366.48 | 457.09 |
| | | | 402 McGrath HIghway | STOP PAY ADD SUCCESSFUL | | | | |
| | | | West Somerville, MA 02123 | | | | | |
| * | 05/27/08 | 001013 | Jose A Camacho | Stop Payment Reversal | 6950-000 | | -56.29 | 513.38 |
| | | | | STOP PAY ADD SUCCESSFUL | | | | |

Page Subtotals                     766.45          523.07

Ver: 15.20

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 11)*

FORM 2                                                                                      Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit B

| Case No: | 06-13542  -JNF | | Trustee Name: | John J. Aquino, Trustee |
|---|---|---|---|---|
| Case Name: | R.J. FITZ, L.P. | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******4091  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 04-3312119 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *   05/27/08 | 001015 | Kristopher Valdez | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6950-000 | | -53.19 | 566.57 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,425.78 | 2,859.21 | 566.57 |
| Less: Bank Transfers/CD's | 3,425.78 | 0.00 | |
| Subtotal | 0.00 | 2,859.21 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,859.21 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******4004 | 8,118.82 | 9.64 | 4,683.40 |
| Checking Account (Non-Interest Earn - *******4091 | 0.00 | 2,859.21 | 566.57 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,118.82 | 2,868.85 | 5,249.97 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     0.00             -53.19

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-13542 | | Page 1 | | | Date: September 22, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | R.J. FITZ, L.P. | | Priority Sequence | | | |
| Claims Bar Date: 10/25/07 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110 | Administrative | | $0.00 | $1,900.75 | $1,900.75 |
| 001<br>3410-00 | Verdolino & Lowey, P.C.<br>124 Washington Street<br>Foxboro, MA 02035 | Administrative | | $0.00 | $1,248.95 | $1,248.95 |
| | Subtotal for Priority 001 | | | $0.00 | $3,149.70 | $3,149.70 |
| 002<br>6700-00 | LOONEY & GROSSMAN LLP<br>101 ARCH STREET<br>BOSTON, MA 02210 | Administrative | | $0.00 | $122,575.29 | $122,575.29 |
| 002<br>6700-00 | Jager Smith , P.C.<br>One Financial Center<br>Boston, MA  02111 | Administrative | | $0.00 | $28,886.08 | $28,886.08 |
| 002<br>6700-00 | Deloitte Financial Advisory Services LLP<br>200 Berkeley Street<br>Boston, MA 02116 | Administrative | | $0.00 | $9,597.50 | $9,597.50 |
| 002<br>6910-00 | AGAR SUPPLY<br>Myles Standish Industrial Park<br>225 John Hancock Road<br>Taunton, MA 02780 | Administrative | | $0.00 | $18,967.39 | $18,967.39 |
| 000025<br>002<br>6920-00 | 141 Portland LLC<br>Accounts Dept.<br>141 Portland Street<br>Boston, MA 02114 | Administrative<br>chapter 11 admin | Filed 05/15/07 | $0.00 | $26,004.11 | $26,004.11 |
| 000028<br>002<br>6950-00 | NuCO2 Inc.<br>Nicholas LaRose<br>2800 S.E. Market Place<br>Stuart, FL 34997 | Administrative<br>chapter 11 admin | Filed 07/03/07 | $0.00 | $437.36 | $437.36 |
| 000031<br>002<br>6950-00 | Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | Administrative<br>chapter 11 admin | Filed 07/17/07 | $0.00 | $5,336.15 | $5,336.15 |
| 000032<br>002<br>6950-00 | Ecolab Inc.<br>655 Lone Oak Dr.<br>Bldg. A-1<br>Eagan, MN 55121 | Administrative<br>chapter 11 admin | Filed 07/19/07 | $0.00 | $4,351.72 | $4,351.72 |
| 000035<br>002<br>6950-00 | NSTAR Electric<br>One NSTAR Way<br>Westwood, MA | Administrative | Filed 08/28/07 | $0.00 | $1,306.08 | $1,306.08 |
| 000036<br>002<br>6950-00 | NSTAR Electric<br>One NSTAR Way<br>Westwood, MA | Administrative | Filed 08/28/07 | $0.00 | $10,968.13 | $10,968.13 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 06-13542 | | Page 2 | | | Date: September 22, 2010 |
| Debtor Name: | R.J. FITZ, L.P. | | Priority Sequence | | | |
| Claims Bar Date: 10/25/07 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000038 002 6810-00 | Dept of the Treasury IRS 15 New Sudbury St. PO Box 9112 Stop 20800 Boston, MA 02203 | Administrative chapter 11 admin | Filed 09/20/07 | $0.00 | $12,170.56 | $12,170.56 |
| 000041 002 6820-00 | CITY OF BOSTON Bankruptcy Coordinator City Hall Room M-5 One City Hall Square Boston, MA 02201 | Administrative | Chapter 11 admin tax claim per courtr order and agreement 12.09 | $0.00 | $3,727.81 | $3,727.81 |
| | Subtotal for Priority 002 | | | $0.00 | $244,328.18 | $244,328.18 |
| 000012A 040 5800-00 | Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114 | Priority | Filed 01/11/07 | $0.00 | $5,142.23 | $5,142.23 |
| 000014 040 5800-00 | Division of Employment & Training 19 Staniford Street Boston, MA 02114 | Priority | Filed 02/14/07 | $0.00 | $18,518.43 | $18,518.43 |
| 000016 040 5800-00 | Division of Employment & Training 19 Staniford Street Boston, MA 02114 | Priority | Filed 03/28/07 | $0.00 | $18,518.43 | $18,518.43 |
| 000017 040 5800-00 | Division of Employment & Training 19 Staniford Street Boston, MA 02114 | Priority | Filed 03/28/07 | $0.00 | $9,520.07 | $9,520.07 |
| 000018 040 5800-00 | City of Boston Treasury Department Bankruptcy Coordinator City Hall Room M-5 One City Hall Square Boston, MA 02201-1020 | Priority | Filed 04/13/07 | $0.00 | $2,445.74 | $2,445.74 |
| 000040 040 5800-00 | MASS. DIV. OF EMPLOYMENT & TRAININ TAX SERVICE GOVERNMENT CENTER 19 STANIFORD STREET BOSTON, MA 02114 | Priority | Filed 10/19/07 | $0.00 | $10,372.19 | $10,372.19 |
| | Subtotal for Priority 040 | | | $0.00 | $64,517.09 | $64,517.09 |
| 000001 070 7100-00 | August A. Busch & Co., Inc. 440 Riverside Avenue Medford, MA 02155 | Unsecured pre petition per proof of claim | Filed 11/01/06 | $0.00 | $7,065.71 | $7,065.71 |
| 000002 070 7100-00 | Ecolab Inc. 655 Lone Oak Dr. Bldg. A-1 Eagan, MN 55121 | Unsecured pre petition per proof of claim | Filed 11/07/06 | $0.00 | $15,233.21 | $15,233.21 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 06-13542 | | | Page 3 | | | Date: September 22, 2010 |
| Debtor Name: | R.J. FITZ, L.P. | | | Priority Sequence | | | |
| Claims Bar Date: 10/25/07 | | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | Excalibur Graphics 3370 Canton Road, NE Marietta, GA 30066 | Unsecured | Filed 11/09/06 pre petition per proof of claim | $0.00 | $364.25 | $364.25 |
| 000004 070 7100-00 | Waste Management RMC 2421 W. Peoria Ave. Phoenix, AZ 85029 | Unsecured | Filed 11/13/06 pre petition per proof of claim | $0.00 | $1,001.27 | $1,001.27 |
| 000005 070 7100-00 | B C Construction Co, Inc. James J. McNulty, Esq. 40 Court St., Suite 1150 Boston, MA 02108 | Unsecured | Filed 11/16/06 pre petition per proof of claim | $0.00 | $31,414.33 | $31,414.33 |
| 000006 070 7100-00 | NuCO2 Inc. Nicholas LaRose 2800 S.E. Market Place Stuart, FL 34997 | Unsecured | Filed 11/28/06 pre petition per proof of claim | $0.00 | $837.30 | $837.30 |
| 000007 070 7100-00 | 141 Portland LLC Accounts Dept. 141 Portland Street Boston, MA 02114 | Unsecured | Filed 11/30/06 pre petition per proof of claim | $0.00 | $23,384.75 | $23,384.75 |
| 000008 070 7100-00 | Priority Sign, Inc. c/o Shawn G. Rice, Esq. Rice & Gotzmer s.c. 605 North 8th St., Suite 610 Sheboygan, WI 53081 | Unsecured | Filed 12/01/06 pre petition per proof of claim | $0.00 | $9,223.59 | $9,223.59 |
| 000009 070 7100-00 | Boston Edison Company NSTAR One NSTAR Way Westwood, MA 02090 | Unsecured | Filed 12/06/06 pre petition per proof of claim | $0.00 | $9,291.37 | $9,291.37 |
| 000010 070 7100-00 | Boston Edison Company NSTAR One NSTAR Way Westwood, MA 02090 | Unsecured | Filed 12/06/06 pre petition per proof of claim | $0.00 | $2,287.86 | $2,287.86 |
| 000011 070 7100-00 | NuCO2 Inc. Nicholas LaRose 2800 S.E. Market Place Stuart, FL 34997 | Unsecured | Filed 12/08/06 pre petition per proof of claim | $0.00 | $837.30 | $837.30 |
| 000012B 070 7100-00 | Massachusetts Department of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114 | Unsecured | Filed 01/11/07 | $0.00 | $853.12 | $853.12 |
| 000013 070 7100-00 | Avaya, Inc. c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, MD 21094 | Unsecured | Filed 01/18/07 pre petition per proof of claim | $0.00 | $149.85 | $149.85 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-13542 | | Page 4 | | | Date: September 22, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | R.J. FITZ, L.P. | | Priority Sequence | | | |
| Claims Bar Date: 10/25/07 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000015<br>070<br>7100-00 | R.I. Distributing Co.<br>PO Box 1437<br>Coventry, RI 02816 | Unsecured | Filed 03/05/07<br>pre petition per proof of claim | $0.00 | $13,803.53 | $13,803.53 |
| 000019<br>070<br>7100-00 | City of Boston Treasury Department<br>Bankruptcy Coordinator<br>City Hall Room M-5<br>One City Hall Square<br>Boston, MA 02201-1020 | Unsecured | Filed 04/13/07<br>pre petition per proof of claim | $0.00 | $2,264.53 | $2,264.53 |
| 000020<br>070<br>7100-00 | City of Boston Treasury Department<br>Bankruptcy Coordinator<br>City Hall Room M-5<br>One City Hall Square<br>Boston, MA 02201-1020 | Unsecured | Filed 04/13/07<br>pre petition per proof of claim | $0.00 | $155.45 | $155.45 |
| 000021<br>070<br>7100-00 | Xeta Mechanical<br>c/o Neil Hall, Owner<br>1787 Rush-Henrietta Tn. Ln. Rd.<br>Rush, NY 14543 | Unsecured | Filed 05/03/07<br>pre petition per proof of claim | $0.00 | $2,359.80 | $2,359.80 |
| 000022<br>070<br>7100-00 | New York Wings of Syracuse Limited<br>Partnership<br>c/o Jason V. Stitt<br>Keating Muething & Klekamp PLL<br>One East Fourth Street - Suite 1400<br>Cincinnati, OH 45202 | Unsecured | Filed 05/10/07<br>pre petition per proof of claim | $0.00 | $111,864.00 | $111,864.00 |
| 000023<br>070<br>7100-00 | Agar Supply<br>Myles Standish Industrial Park<br>225 John Hancock Road<br>Taunton, MA 02780-7318 | Unsecured | Filed 05/14/07<br>pre petition per proof of claim | $0.00 | $14,811.87 | $14,811.87 |
| 000024<br>070<br>7100-00 | GE Capital Franchise Finance<br>Corporation<br>c/o Donald L. Gaffney<br>Snell & Wilmer L.L.P.<br>One Arizona Center, 400 E. Van Buren<br>Phoenix, AZ 85004-2202 | Unsecured | Filed 05/15/07<br>no lien against assets liquidated | $0.00 | $1,672,810.87 | $1,672,810.87 |
| 000026<br>070<br>7100-00 | B C Construction Co, Inc.<br>James J. McNulty, Esq.<br>40 Court St., Suite 1150<br>Boston, MA 02108 | Unsecured | Filed 05/15/07<br>pre petition per proof of claim | $0.00 | $31,414.33 | $31,414.33 |
| 000027<br>070<br>7100-00 | Burke Distributors<br>PO Box 168<br>Randolph, MA 02368 | Unsecured | Filed 06/29/07<br>pre petition per proof of claim | $0.00 | $5,046.64 | $5,046.64 |
| 000029<br>070<br>7100-00 | One Communications<br>313 Boston Post Road W.<br>Marlborough, MA 01752<br>Attn: Janice Ronan | Unsecured | Filed 07/05/07<br>pre petition per proof of claim | $0.00 | $185.43 | $185.43 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-13542 | | Page 5 | | | Date: September 22, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | R.J. FITZ, L.P. | | Priority Sequence | | | |
| Claims Bar Date: 10/25/07 | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000030 070 7100-00 | Howard Services 500 Myles Standish Blvd. Taunton, MA 02780 | Unsecured | Filed 07/10/07 pre petition per proof of claim | $0.00 | $496.46 | $496.46 |
| 000033 070 7100-00 | Provident Merchandise 107 Hampton Road Suite 170 Clearwater, FL 33759 | Unsecured | Filed 08/01/07 pre petition per proof of claim | $0.00 | $1,270.50 | $1,270.50 |
| 000034 070 7100-00 | Central Food Equipment 3310 Reynolds Road Lakeland, FL 33803 | Unsecured | Filed 08/14/07 pre petition per proof of claim | $0.00 | $1,292.00 | $1,292.00 |
| 000037 070 7100-00 | Merriam Graves PO Box 1420 Claremont, NH 03743-1420 | Unsecured | Filed 09/06/07 pre petition per proof of claim | $0.00 | $756.67 | $756.67 |
| 000039 070 7100-00 | Priority Sign, Inc. c/o Shawn G. Rice, Esq. Rice & Gotzmer s.c. 605 North 8th St., Suite 610 Sheboygan, WI 53081 | Unsecured | Filed 10/05/07 pre petition per proof of claim | $0.00 | $9,223.59 | $9,223.59 |
| | **Subtotal for Priority 070** | | | **$0.00** | **$1,969,699.58** | **$1,969,699.58** |
| 999 6950-00 | Maureen Corriveau 3 Essex St # 4 Charlestown, MA 02129 | Administrative | address change per tel con Maureen 7/5/07 4428914091   07/04/07   1002 | $0.00 | $51.57 51.57 | $51.57 |
| 999 6950-00 | Del Re, Olivia 20 State Street Valley Stream, NY  11580 | Administrative | 4428914091   07/04/07   1006 | $0.00 | $17.59 17.59 | $17.59 |
| 999 6950-00 | Miranda Trohon 10 Garfield Ave Danvers, MA 01923 | Administrative | 4428914091   07/04/07   1009 | $0.00 | $16.09 16.09 | $16.09 |
| 999 6950-00 | Guillermo A Hercules 111 Trenton St Apt 2 East Boston, MA 02128 | Administrative | added Apt 2 to address as pertel con 7/3 4428914091   07/04/07   1011 | $0.00 | $541.33 541.33 | $541.33 |
| 999 6950-00 | Adam Choquet 96 Franklin Avenue Chelsea, MA 02150 | Administrative | 4428914091   07/04/07   1014 | $0.00 | $503.71 503.71 | $503.71 |
| 999 6950-00 | Miranda Trohon 10 Garfield Ave Danvers, MA 01923 | Administrative | 4428914091   07/04/07   1016 | $0.00 | $17.49 17.49 | $17.49 |
| | **Subtotal for Priority 999** | | | **$0.00** | **$1,147.78** | **$1,147.78** |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-13542 | | Page 6 | | Date: September 22, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | R.J. FITZ, L.P. | | Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $2,282,842.33 | $2,282,842.33 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-13542 JNF
Case Name: R.J. FITZ, L.P.
Trustee Name: John J. Aquino, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
| --- | --- |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| *Trustee: John J. Aquino, Trustee* | $_____ | $_____ |
| *Attorney for trustee: Anderson Aquino LLP* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Verdolino & Lowey, P.C.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: 141 Portland LLC* | $ | $ |
| *Other: AGAR SUPPLY* | $ | $ |
| *Other: CITY OF BOSTON* | $ | $ |
| *Other: Deloitte Financial Advisory Services LLP* | $ | $ |
| *Other: Dept of the Treasury* | $ | $ |
| *Other: Ecolab Inc.* | $ | $ |
| *Other: Jager Smith , P.C.* | $ | $ |
| *Other: LOONEY & GROSSMAN LLP* | $ | $ |
| *Other: NSTAR Electric* | $ | $ |
| *Other: NuCO2 Inc.* | $ | $ |
| *Other: Waste Management RMC* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000012A* | *Massachusetts Department of Revenue* | $ | $ |
| *000014* | *Division of Employment & Training* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000016 | Division of Employment & Training | $ | $ |
| 000017 | Division of Employment & Training | $ | $ |
| 000018 | City of Boston Treasury Department | $ | $ |
| 000040 | MASS. DIV. OF EMPLOYMENT & TRAININ | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | August A. Busch & Co., Inc. | $ | $ |
| 000002 | Ecolab Inc. | $ | $ |
| 000003 | Excalibur Graphics | $ | $ |
| 000004 | Waste Management RMC | $ | $ |
| 000005 | B C Construction Co, Inc. | $ | $ |
| 000006 | NuCO2 Inc. | $ | $ |
| 000007 | 141 Portland LLC | $ | $ |
| 000008 | Priority Sign, Inc. | $ | $ |
| 000009 | Boston Edison Company | $ | $ |
| 000010 | Boston Edison Company | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000011 | NuCO2 Inc. | $ | $ |
| 000012B | Massachusetts Department of Revenue | $ | $ |
| 000013 | Avaya, Inc. | $ | $ |
| 000015 | R.I. Distributing Co. | $ | $ |
| 000019 | City of Boston Treasury Department | $ | $ |
| 000020 | City of Boston Treasury Department | $ | $ |
| 000021 | Xeta Mechanical | $ | $ |
| 000022 | New York Wings of Syracuse Limited Partnership | $ | $ |
| 000023 | Agar Supply | $ | $ |
| 000024 | GE Capital Franchise Finance Corporation | $ | $ |
| 000026 | B C Construction Co, Inc. | $ | $ |
| 000027 | Burke Distributors | $ | $ |
| 000029 | One Communications | $ | $ |
| 000030 | Howard Services | $ | $ |
| 000033 | Provident Merchandise | $ | $ |
| 000034 | Central Food Equipment | $ | $ |
| 000037 | Merriam Graves | $ | $ |
| 000039 | Priority Sign, Inc. | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

In re:

R.J. FITZ, LP

Debtor.

Chapter 7
No. 06-13542-JNF

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION

The Trustee's Final Report And Account Before Distribution and attachments thereto having come for hearing before the Court, and no objections having been filed, the Court hereby states as follows:

IT IS ORDERED that the Trustee's Final Report And Account Before Distribution is hereby APPROVED, including all requests for compensation and expenses set forth therein and other attachments thereto.

JOAN N. FEENEY
UNITED STATES BANKRUPTCY JUDGE

Dated:

- 1 -