JUL15'11 PM 1:16 USB

**ANDERSON AQUINO LLP**
**COUNSELORS AT LAW**
**240 LEWIS WHARF**
**BOSTON, MASSACHUSETTS 02110**
**(617) 723-3600**

**FACSIMILE (617) 723-3699**

FILING FEE PAID

John J. Aquino
jja@andersonaquino.com

July 13, 2011

Clerk
United States Bankruptcy Court
JW McCormack Post Office and Courthouse
5 Post Office Square Room 1150
Boston, MA 02109

Re:   R.J. Fitz Group
      Chapter 7  Case No. 06-13542 JNF

Dear Sir/Madam:

Enclosed please find trustee check no. 1038 and 1039 representing unclaimed funds in the above-referenced case.  The names and addresses of the claimants and the amounts of the checks are as follows:

| Claimant | Check No. | Amount |
| --- | --- | --- |
| Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | 1038 | $9.74 |
| Ecolab Inc.<br>655 Lone Oak Dr.<br>Bldg A-1<br>Eagan, MN 55121 | 1039 | $ 7.94 |

If you have any questions regarding the forgoing, please do not hesitate to call.

Very truly yours,

John J. Aquino

Encl.
JJA/ldd