**ANDERSON AQUINO LLP**
**COUNSELORS AT LAW**
**240 LEWIS WHARF**
**BOSTON, MASSACHUSETTS 02110**
**(617) 723-3600**

**FACSIMILE (617) 723-3699**

John J. Aquino
jja@andersonaquino.com

July 13, 2011

Clerk
United States Bankruptcy Court
JW McCormack Post Office and Courthouse
5 Post Office Square Room 1150
Boston, MA 02109

FILING FEE PAID

Re:    **Albany H Group Inc.**
       **Chapter 7 Case No. 06-13544 JNF**

Dear Sir/Madam:

Enclosed please find trustee check no. 1080 representing unclaimed funds in the above-referenced case.  The name and address of the claimant and the amount of the check are as follows:

| Claimant | Check No. | Amount |
|---|---|---|
| Russel S. Bogue, III, Esq.<br>DLA Piper US LLP<br>1201 W. Peachtree St.<br>Atlanta, GA 30309 | 1080 | $2,651.29 |

If you have any questions regarding the forgoing, please do not hesitate to call.

Very truly yours,

John J. Aquino

Encl.
JJA/ldd